1  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
2    Including Professional Corporations
3  DANIEL N. YANNUZZI, Cal. Bar No. 196612
      dyannuzzi@sheppardmullin.com
4  MICHAEL MURPHY, Cal. Bar No. 234695
      mmurphy@sheppardmullin.com
5  12275 El Camino Real, Suite 200
   San Diego, California 92130-2006
6  Telephone:  858.720.8900
7  Facsimile:   858.509.3691

8  SUSAN HWANG, Cal. Bar No. 211359
      shwang@sheppardmullin.com
9  333 South Hope Street
   Forty-Third Floor
10 Los Angeles, CA  90071
11 Telephone:  213.620.1780
   Facsimile:   213.620.1398
12
   Attorneys for Love Culture, Inc.
13

14            IN THE UNITED STATES DISTRICT COURT

15          FOR THE CENTRAL DISTRICT OF CALIFORNIA

16

17 LOVE CULTURE INC., a California       Case No. CV 13-08329 -R
   corporation,                                          (MRWx)
18
19            Plaintiff,                    **COMPLAINT FOR TRADEMARK
                                            INFRINGEMENT UNDER 15 U.S.C.
20    v.                                    § 1114, UNFAIR COMPETITION
                                            UNDER 15 U.S.C.  § 1125(a),
21                                          COMMON LAW UNFAIR
   CULTURES OF LOVE, INC., a               COMPETITION, AND VIOLATION
22 Delaware corporation, and DOES 1-10,    OF CALIFORNIA BUSINESS &
                                            PROFESSIONS CODE SECTION
23 inclusive,                               17200 .**
24
              Defendant.
25                                         **JURY TRIAL REQUESTED**
26
27
28


                                            COMPLAINT FOR TRADEMARK INFRINGEMENT

1      Plaintiff Love Culture Inc. ("Plaintiff" or "Love Culture") brings this

2  Complaint for Trademark Infringement under 15 U.S.C. § 1114; Unfair Competition

3  under 15 U.S.C. §1125(a); Unfair Competition under the common law of California;

4  and violation of California's Business and Professions Code Section 17200 against

5  Defendant Cultures of Love, Inc. ("Defendant" or "Cultures of Love") based upon

6  the following allegations:

7      1.      Plaintiff is a California corporation having a principal place of business

8  at 2423 E. 23rd Street, Los Angles, California, 90058.

9      2.      Defendant is a Delaware corporation, having a principal place of

10  business at 704 N. King Street, STE. 500, Wilmington, Delaware, 19801.

11      3.      The true names, identities and capacities, whether individual, associate,

12  corporate or otherwise, of Defendants DOES 1 to 10, inclusive, and each of them

13  ("the DOE Defendants"), are unknown to Plaintiff at this time, who therefore sues

14  the DOE Defendants by such fictitious names.  When the true names and capacities

15  or participation of the DOE Defendants are ascertained, Plaintiff will amend this

16  complaint to assert the true names, identities and capacities.  Plaintiff is informed

17  and believes and thereon alleges that each of the DOE Defendants sued herein is

18  responsible for the wrongful acts alleged herein, and is therefore liable to Plaintiff in

19  some manner for the events and happenings alleged in this complaint.  Plaintiff is

20  informed and believes and thereon alleges that at all times herein mentioned, the

21  DOE Defendants were and are doing business and/or residing in this District.

22                        **Jurisdiction and Venue**

23      4.      This is an action trademark infringement under 15 U.S.C. §1114; for

24  unfair competition in violation of the Lanham Act arising under 15 U.S.C. §§1125

25  *et. seq.*; for unfair competition arising under the common law of California; and for

26  violation of California's statutory unfair competition law arising under Cal. Bus. &

27  Prof. Code § 17200.

28

1    5.    This Court has subject matter jurisdiction of this action under 15 U.S.C.

2  §1121(a), 28 U.S.C. §§1331, 1338(a) and (b), and under the supplemental

3  jurisdiction of this Court, as embodied in 28 U.S.C. §1367(a).

4    6.    Venue is proper in this judicial district under 28 U.S.C. §1391(b)

5  because a substantial portion of the events giving rise to the claims for relief stated

6  in this Complaint occurred in this judicial district.  Specifically, Defendant has

7  marketed and offered for sale infringing products in this district through its Internet

8  website – www.culturesoflove.com – and committed other acts complained of

9  below, within this district. On information and belief, Defendant has sold and

10  continues to sell products to California consumers.

11                    **BACKGROUND FACTS**

12    7.    Love Culture markets and sells clothing, jewelry, watches, shoes,

13  handbags and other accessories (the "Products") under the registered trademark

14  LOVE CULTURE® through bricks-and-mortar retail stores in the United States and

15  through an online retail website at www.loveculture.com. "LOVE CULTURE is a

16  duly registered trademark with the U.S. Patent and Trademark Office ("PTO").  A

17  true and correct copy of Plaintiff's U.S. Reg. 3,633,316 of LOVE CULTURE is

18  attached hereto as **Exhibit A.**

19    8.    Plaintiff has extensively promoted the Products under the LOVE

20  CULTURE® mark beginning at least as early as September 1, 2007.

21    9.    As a consequence of the extensive advertising, promotion, and

22  widespread use of the LOVE CULTURE® mark, Plaintiff has developed

23  recognition for its company and Products and has acquired and enjoys a valuable

24  reputation and goodwill from the registered mark.

25    10.    Defendant represents itself as, among other things, a "boutique

26  ecommerce [website] where you can shop . . ." (**Exhibit B**).  Defendant markets and

27  sells clothing, jewelry, handbags and other accessories through its website,

28  www.culturesoflove.com.

SMRH:411746051.5

1      11.    Defendant filed an intent-to-use trademark application to register the

2   CULTURES OF LOVE mark for "on-line retail store services featuring apparel,

3   footwear, headwear, bags, belts, scarves, gloves, headbands, vintage and new

4   clothing, house wares, bath and beauty products, jewelry, and electronics

5   accessories" on April 15, 2013.  A true and correct status printout from the PTO for

6   Defendant's trademark application serial number 85/904,264 is attached hereto as

7   **Exhibit C**.

8      12.    Plaintiff filed a Letter of Protest with the Deputy Commissioner for

9   Trademarks on August 28, 2013 requesting that the Examining Attorney revisit her

10  approval of the CULTURES OF LOVE trademark application based on the

11  likelihood of confusion with Plaintiff's LOVE CULTURE® trademark and

12  Products. A true and correct copy of the Letter of Protest Memorandum from the

13  Office of the Deputy Commissioner to the Examining Attorney is attached hereto as

14  **Exhibit D**.

15     13.    Defendant uses terms in connection with the products it markets and

16  sells through its website that are confusingly similar to Plaintiff's trade name,

17  product names, stylized trademarks, and registered trademark. Among other things,

18  Defendant's CULTURES OF LOVE mark is confusingly similar to the Plaintiff's

19  LOVE CULTURE® trademark because it portrays a reordering of the same words –

20  "Love" and "Culture – such that it is likely to confuse consumers and induce the

21  belief that clothing and fashion accessories marketed and sold on Defendant's

22  website are associated with Plaintiff's brand.  True and correct screenshots from

23  Defendant's website as of October 28, 2013 are hereto attached as **Exhibit E**, and

24  true and correct screenshots from Plaintiff's website as of October 28, 2013 are

25  attached as **Exhibit F** demonstrating the aforementioned similarities and likelihood

26  of confusion.

27     14.    Defendant's use of the CULTURES OF LOVE mark on its website and

28  in connection with products sold on its website – www.culturesoflove.com – is

-3-    COMPLAINT FOR TRADEMARK INFRINGEMENT

1  confusingly similar to the registered trademark that Plaintiff uses to advertise,
2  market, and identify its company and Products.  The confusion is enhanced by the
3  fact that not only is Defendant's mark confusingly similar to Plaintiff's registered
4  trademark, but they both are being used to brand and market clothing and fashion
5  accessories.  Furthermore, Plaintiff and Defendant both market and sell products on
6  the Internet, throughout the United States, and in many of the very same geographic
7  locations.

8         15.    The confusing similarity of Defendant's product names and service
9  names is likely to cause actual confusion amongst the consuming public.  Both
10 Plaintiff and Defendant sell clothing and fashion accessories.  Both display these
11 products through the Internet.  Both Plaintiff and Defendant have the same potential
12 customers.  Further, several of the products offered by Defendant are confusingly
13 similar to Products offered by Plaintiff.  Defendant's use of its infringing mark
14 creates a false and confusing connection between products marketed through
15 Defendant's website and Products provided by Plaintiff under its registered
16 trademark.  Defendant's sale of the same or similar products in conjunction with its
17 use of the infringing mark also creates a false and confusing connection between
18 products marketed through Defendant's website and Products provided by Plaintiff
19 under its registered trademark.

20        16.    On information and belief, Defendant's infringing acts have caused
21 actual confusion among consumers and/or are likely to cause confusion among
22 consumers as to the source of products marketed and sold through Defendant's
23 website.

24        17.    Defendant's use of the infringing names and sales of confusingly
25 similar products is an attempt to associate and connect Defendant with the
26 renowned, high-quality service offered and Products marketed and sold by Plaintiff.
27 Defendant hopes that the unlawful connections created to Plaintiff's established,
28 successful, and popular Products will persuade persons to purchase similar products

-4-    COMPLAINT FOR TRADEMARK INFRINGEMENT

offered through Defendant's website.  As such, by infringing Plaintiff's registered trademark, Defendant is creating an unfairly competitive association with Plaintiff and trading upon Plaintiff's business goodwill in order to sell products through Defendant's website by falsely designating its origin.  Defendant's use of its infringing product names is designed to profit from the unlawful and unfair use of Plaintiff's registered trademark, trade name and business goodwill.

18.    Defendant has notice of Plaintiff's trademarks by virtue of its publication and registration on the Principal Registry and Plaintiffs' marking of their trademarks pursuant to 35 U.S.C. §1111.  Defendant also has actual notice of Plaintiff's registered trademarks by virtue of a cease and desist letter sent on August 13, 2013, of which a true and correct copy is hereto attached as **Exhibit G.**

19.    Plaintiff has not licensed or otherwise authorized Defendant's use of Plaintiff's registered trademark.

20.    Plaintiff has been damaged by the conduct of Defendant in an amount not yet known, and is entitled to restitution in the form of all revenues and profits generated by sales of clothing and accessory products through Defendant's website using a confusingly similar name.  Plaintiff will continue to be damaged unless Defendant's use of its infringing product names is enjoined.

**FIRST CLAIM FOR RELIEF**

**Trademark Infringement Under 15 U.S.C. § 1114**

21.    Plaintiff incorporates herein by reference as though set forth in full each and every allegation contained in Paragraphs 1 through 20, inclusive, above.

22.    The LOVE CULTURE® mark is a valid protectable trademark that is owned by Plaintiff.

23.    Defendant's use of the confusingly similar CULTURES OF LOVE mark in interstate commerce constitutes trademark infringement and engenders a belief by the consuming public that Defendant offers products that are, sponsored, authorized, licensed by, or otherwise connected with Plaintiff or come from the

1  same source as Plaintiff's Products, and are of the same quality as that assured by

2  Plaintiff's trademark, which is false.

3      24.    The acts of Defendant complained of above are likely to cause

4  confusion, or to cause mistake, or to deceive consumers wishing to obtain goods

5  from Plaintiff.

6      25.    Upon information and belief, the acts of Defendant have caused actual

7  confusion among consumers in the marketplace.

8      26.    Upon information and belief, the acts of Defendant complained of

9  above have been conducted in commerce and have affected, and will continue to

10  affect, Plaintiff's business of promoting and offering Products under the LOVE

11  CULTURE® mark in commerce and therefore constitute trademark infringement in

12  violation of 15 U.S.C. §1114.

13      27.    On information and belief, the unauthorized use of the CULTURES OF

14  LOVE mark will continue to allow Defendant to receive a benefit of goodwill built

15  up at great labor and expense by Plaintiff, and to gain acceptance and recognition

16  for Defendant's goods not based on the merits of those goods, but on the reputation

17  and goodwill of Plaintiff and Plaintiff's goods.

18      28.    Unless the acts complained of above are restrained and enjoined by this

19  Court, they will continue to cause further irreparable injury for which there is no

20  adequate remedy at law.

21      29.    Plaintiff is further entitled to recover from Defendant the damages it

22  has sustained and will sustain, and any gains, profits and advantages obtained by

23  Defendant as a result of Defendant's acts of infringement alleged above. At present,

24  the amount of such damages, gains, profits and advantages cannot be fully

25  ascertained by Plaintiff.

26      30.    Upon information and belief, the intentional and spurious nature of the

27  acts of Defendant complained of above make this an exceptional case under 15

28  U.S.C. §1117(a).

-6-    COMPLAINT FOR TRADEMARK INFRINGEMENT

## SECOND CLAIM FOR RELIEF

## Unfair Competition Under 15 U.S.C. §1125(a)

31.     Plaintiff incorporates herein by reference as though set forth in full each and every allegation contained in Paragraphs 1 through 30, inclusive, above.

32.     The acts of Defendant complained of above constitute false designation of origin and/or affiliation in violation of 15 U.S.C. §1125(a).  These include, but are not limited to, acts where Defendant marketed and offered for sale confusingly similar clothing and fashion accessory products through its website under the CULTURES OF LOVE name.

33.     Upon information and belief, the intentional and spurious nature of the acts of Defendant complained of above make this an exceptional case under 15 U.S.C. § 1117(a).

## THIRD CLAIM FOR RELIEF

## Common Law Unfair Competition

34.     Plaintiff incorporates herein by reference as though set forth in full each and every allegation contained in Paragraphs 1 through 33, inclusive, above.

35.     The acts of Defendant complained of above constitute unfair competition under the common law of the State of California.  Plaintiff expended significant time and resources into its developing its brand and product lines.  On information and belief, Defendant copied that brand appearance and set about collecting confusingly similar products at relatively little to no design expense without Plaintiff's authorization.  Further acts of unfair competition include, but are not limited to, advertisements of the confusingly similar products – particularly in association with the infringing mark.  As a result of Defendant's actions Plaintiff has suffered harm.

36.     The acts of Defendant complained of above were committed with fraud, malice and oppression as those terms are defined in Cal. Civ. Code § 3294.

COMPLAINT FOR TRADEMARK INFRINGEMENT

SMRH:411746051.5

1   Defendant's actions were intended to cause harm to Plaintiff, and Defendant carried
2   on its conduct with a willful and conscious disregard for the rights of Plaintiff.

3   **FOURTH CLAIM FOR RELIEF**

4   **Statutory Unfair Competition Under Cal. Bus. & Prof. Code §17200**

5       37.    Plaintiff incorporates herein by reference as though set forth in full
6   each and every allegation contained in Paragraphs 1 through I.A.36, inclusive,
7   above.

8       38.    The acts of Defendant complained of above constitute unlawful, unfair,
9   or fraudulent business practices, in violation of California statutory law, including
10   violation of Cal. Bus. & Prof. Code § 17200, all to the injury of Plaintiff.

11       39.    Defendant's actions are unlawful because those actions constitute
12   violations of statutory and common law.

13       40.    Defendant's actions are unfair because those actions caused harm to
14   Plaintiff that outweighs any purported benefit to the public.

15       41.    Defendant's actions are fraudulent because those actions are likely to
16   deceive the public as to Plaintiff's association and/or affiliation with Defendant and
17   with products advertised, offered for sale, and/or sold by Defendant.

18       42.    Plaintiff is entitled to an injunction restraining Defendant, its officers,
19   agents, and employees, and all persons acting in concert or participation with them,
20   from further engaging in any such acts of unfair competition as alleged above.

21

22   **PRAYER**

23   WHEREFORE, Plaintiff prays:

24       (a)    For a judgment that Defendant, its officers, agents, distributors,
25   employees, attorneys, subsidiaries, assigns or related companies, and those in active
26   concert or participation with it, or any of them, who receive actual notice of the
27   judgment by personal service or otherwise, be permanently enjoined from using or
28   employing, directly or indirectly, the CULTURES OF LOVE mark or any mark,

SMRH:411746051.5

1  nature logo, device or the like that is confusingly similar to the LOVE CULTURE®

2  mark, or is likely to confuse or deceive as to the affiliation, connection, sponsorship,

3  or association of the LOVE CULTURE® mark or products or commercial activities

4  of Defendant with Plaintiff or its LOVE CULTURE® mark, the Products, or

5  Plaintiff's commercial activities;

6      (b)    That Defendant be directed to impound any infringing goods, means for

7  reproducing infringing goods, and records documenting the manufacture, sale or

8  receipt of things involved in Defendant's infringement pursuant to 15 U.S.C. §1114,

9  et seq.;

10     (c)    That Defendant be directed to destroy any infringing goods and means

11 for reproducing infringing goods pursuant to 15 U.S.C. §1114, et seq.;

12     (d)    That Defendant transfer the domain name www.culturesoflove.com to

13 Plaintiff;

14     (e)    That Defendant be directed to file with this Court, within thirty days

15 after entry of any injunction in this case, a written statement, under oath, setting

16 forth in detail the manner in which Defendant has complied with the injunction;

17     (f)    That an accounting be directed to determine the profits of Defendant

18 resulting from its trademark infringement and unfair competition, which are the

19 subject of this suit, and that such profits be increased under 15 U.S.C. §1117;

20     (g)    That Plaintiff recover its damages, in an as yet undetermined amount,

21 resulting from the trademark infringement and unfair competition of Defendant;

22     (h)    That Plaintiff recover its costs of this action;

23     (i)    That Plaintiff be awarded its reasonable attorneys' fees in accordance

24 with 15 U.S.C. §1117(a);

25     (j)    That Plaintiff be awarded punitive damages in an amount to be

26 determined; and

27     (k)    That Plaintiff recover such other and further relief as the Court may

28 deem appropriate.

SMRH:411746051.5

1                   **DEMAND FOR JURY TRIAL**

2    Plaintiff requests a trial by jury on all issues so triable in this action.

3

4 Dated:  November 7, 2013

5                  Respectfully submitted,

6

7                  SHEPPARD, MULLIN, RICHTER &
                   HAMPTON LLP

8

9                  By              */s/ Daniel N. Yannuzzi*

10                              DANIEL N. YANNUZZI

11                              SUSAN HWANG
                           MICHAEL MURPHY

12

13                  Attorneys for Love Culture, Inc.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   COMPLAINT FOR TRADEMARK INFRINGEMENT

SMRH:411746051.5

# EXHIBIT A

Int. Cls.: 14 and 25

Prior U.S. Cls.: 2, 22, 27, 28, 39, and 50

**United States Patent and Trademark Office**

Reg. No. 3,633,316
Registered June 2, 2009

**TRADEMARK**
**PRINCIPAL REGISTER**

# LOVE CULTURE

LOVE CULTURE LLC (DELAWARE LIMITED
    LIABILITY COMPANY)
5411 S SOTO STREET
LOS ANGELES, CA 90058

FOR: WATCHES, FASHION JEWELRY, NECKLA-
CES, EARRINGS, AND BRACELETS, IN CLASS 14
(U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 9-1-2007; IN COMMERCE 9-1-2007.

FOR: CLOTHING FOR MEN, WOMEN, JUNIOR
WOMEN AND CHILDREN; NAMELY, KNITS,
NAMELY, SHIRTS, PANTS, SWEATERS, SCARVES
AND GLOVES, AND T-SHIRTS, WOVEN TOPS,
SHIRTS AND BLOUSES, SWEATERS, JACKETS,
COATS, PANTS, SHORTS, SKIRTS, JEANS, DRES-

SES, ATHLETIC WEAR, NAMELY, SHIRTS, PANTS,
JACKETS, SWEATSHIRTS, AND SWEATPANTS,
SUITS, SWIMWEAR, LINGERIE, SLEEP WEAR,
HOSIERY AND SOCKS, FOOT WEAR, BELTS,
HATS, SCARVES AND WRAPS, IN CLASS 25 (U.S.
CLS. 22 AND 39).

FIRST USE 9-1-2007; IN COMMERCE 9-1-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SN 78-967,861, FILED 9-6-2006.

GRETTA YAO, EXAMINING ATTORNEY

# EXHIBIT B



Search        Sut                                    Login/Register    0 items

SHOP    SHOP BY    VISION    SOCIAL CLUB    AMBASSADORS    OUR CULTURE    OUR FANTASY

Home Page: About us

**ABOUT US**

# MISSION POSSIBLE – THE LOVEMAKER'S HONOR CODE



Cultures of Love is a boutique ecommerce where you can shop with a mission and still walk away looking fabulous. All the brands that we represent on our site follow the "Lovemaker's Honor Code". Each brand is certified for the goodie two shoes in all of us with the use of our conscious badges. Our conscious badges are stamps of approval to show how each brand is participating in giving back. Don't fret all the brands that we have chosen to be a part of our Lovemaker's mission give back while keep your trendsetting dignity in tact.

**SHOP, GIVE AND GROW** with us as we become the go to source for socially responsible fashion, art and beauty products.

Giving back is most definitely the new black and creating social change through your daily purchases is a mission possible. It is time to have a heart for change, a heart to give, a heart of gold. Cultures of Love is for the trendsetter with a heart of gold!

Our premise is pretty simple we love trees, but we don't want to smell or feel like one. And we support breast cancer, but rocking a bright pink t-shirt with "Save the Tatas" written all over it isn't our style. Plus we are homegrown in America so MADE IN THE USA means a lot to us.

Giving back and making a difference takes several forms and Cultures of Love has recognized this by creating an online boutique that sells fashion forward accessories, apparel, art and beauty products from various brands that are socially responsible and make charitable contributions. Our partnership agreement with each brand commits 10% of all sales proceeds to charities that focus on women, teens and children. We empower our consumers to shop with a mission, sport a fashion statement, while sharing their activism.

Cultures of Love also takes a different approach to our media initiatives by producing a series of seasonal short films. Showcasing our brands and sharing our mission to change the world one chic item at a time. By creating the first ever series of socially responsible short films we prove that having a daily conscious is in fact possible.

In order for a brand to be considered for representation on the Cultures of Love site and in our short films brands must follow our "Lovemaker's Honor Code". Gaining certification through one, all or several of the below conscious badges. CLICK BELOW TO VIEW OUR SUPPORTED CAUSES;

       

**Learn More**

.

"Let us always meet each other with a smile, for the smile is the beginning of love."

**Mother Teresa -**

.

"Humility is not thinking less of yourself, it's thinking of yourself less. "

**CS Lewis -**



Join Our Mailing List                                   Love it, share it!

Like   Send   1,653 people like this. Sign Up
                to see what your friends like.

Quick Links                  Customer Care                  Company

BRAND APPLICATION            JOIN THE CULTURE SUBSCRIBE       CONTACT US
LOVEMAKER STYLE AMBASSADOR   YOUR ACCOUNT                     ABOUT US
WHOLESALE INQUIRIES          RETURNS & EXCHANGES              PRESS
FEEDBACK

Phone: 646.575.1499  Fax: hello@culturesoflove.com        Copyright Cultures Of Love 2012 designed by Cultures of Love

http://culturesoflove.com/thestory/                                    10/28/2013

# EXHIBIT C

Trademark Status & Document Retrieval                                    Page 1 of 3

STATUS      DOCUMENTS                          Back to Search           Print

Generated on:  This page was generated by TSDR on 2013-08-12 20:12:19 EDT

Mark:  CULTURES OF LOVE

# CULTURES OF LOVE

US Serial Number: 85904264                    Application Filing Date: Apr. 15, 2(

Register: Principal

Mark Type: Service Mark

Status: Review prior to publication completed.

Status Date: Aug. 05, 2013

Publication Date: Sep. 10, 2013

## Mark Information

Mark Literal Elements: CULTURES OF LOVE

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Goods and Services

Note:

The following symbols indicate that the registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services.
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of
- Asterisks *..* identify additional (new) wording in the goods/services.

For:  On-line retail store services featuring apparel, footwear, headwear, bags, belts, scarves, gloves
headbands, vintage and new clothing, house wares, bath and beauty products, jewelry and elec

International Class(es): 035 - Primary Class           U.S Class(es): 100, 101,

Class Status: ACTIVE

Basis: 1(b)

## Basis Information (Case Level)

Filed Use: No                         Currently Use: No

Filed ITU: Yes                        Currently ITU: Yes

Filed 44D: No                         Currently 44D: No

Filed 44E: No                         Currently 44E: No

Filed 66A: No                         Currently 66A: No

http://tsdr.uspto.gov/                                              8/12/2013

| | | | |
|---|---|---|---|
| **Filed No Basis:** No | | **Currently No Basis:** No | |

## Current Owner(s) Information

**Owner Name:** Cultures of Love, Inc.

**Owner Address:** 704 N. King Street, STE. 500
Wilmington, DELAWARE 19801
UNITED STATES

**Legal Entity Type:** CORPORATION

**State or Country Where Organized:** DELAWAI

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Sebastian M. Hoskins

**Attorney Primary Email Address:** info@hoskinsdieuvil.com

**Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** SEBASTIAN M. HOSKINS
HOSKINS DIEUVIL PC
271 FT WASHINGTN AVE APT 4C
NEW YORK, NEW YORK 10032-1230
UNITED STATES

**Phone:** 646-801-7069

**Correspondent e-mail:** info@hoskinsdieuvil.com
sebastian@hoskinsdieuvil.com

**Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 02, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 30, 2013 | ASSIGNED TO EXAMINER | 88579 |
| Apr. 19, 2013 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Apr. 18, 2013 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** CANTONE, KERI H

**Law Office Assigned:** LAW OFF

http://tsdr.uspto.gov/                                                    8/12/2013

Trademark Status & Document Retrieval                                      Page 3 of 3

**File Location**

      Current Location:  PUBLICATION AND ISSUE SECTION                    Date in Location:  Aug. 05, 2

### Assignment Abstract Of Title Information - Click to Load

### Proceedings - Click to Load

# EXHIBIT D

# LETTER OF PROTEST MEMORANDUM

**DATE:**    September 11, 2013

**TO:**    Examining Attorney

**FROM:**    /Carrie Genovese/
Carrie Genovese
Attorney Advisor
Office of the Deputy Commissioner
for Trademark Examination Policy
(571) 272-8378

**SUBJECT:**    Letter of protest concerning U.S. Application Serial No. 85/904264
For the mark CULTURES OF LOVE

A letter of protest filed before publication has been accepted because the evidence submitted by the protester is relevant and may support a reasonable ground for refusal appropriate in *ex parte* examination. TMEP §1715.02. Therefore, you must consider the following and make an independent determination whether to issue a requirement or refusal based on the objections raised in the letter of protest:

Possible likelihood of confusion with the following registration:

U.S. Registration No. 3633316 for the mark LOVE CULTURE

Please see a copy of this registration in the X-Search database.

*NOTE:  The acceptance of a letter of protest filed before publication is not a legal determination by the USPTO of registrability, nor is it meant to compromise the integrity of the ex parte examination process. It merely serves to bring the submitted evidence to the attention of the examining attorney, who determines whether a refusal or requirement should be raised or ultimately made final.*

# EXHIBIT E

Search [ Subr ]

Login/Register     0 items

# CULTURES OF LOVE
Trendsetter with a HEART of GOLD
BETA

SHOP     SHOP BY     VISION     SOCIAL CLUB     AMBASSADORS     OUR CULTURE     OUR FANTASY

**Shop By**

ACCESSORIES
BEAUTY
BRANDS
CLOTHING
 BLAZERS
 DRESSES
 TOPS
LOVEMAKER EXCLUSIVES
SHOP BY CAUSE
WHAT'S HOT

Sort by [     ▼]

HOME › CLOTHING

## CLOTHING



DOLMAN SHORT SLEEVE
SHIRT

$159

SKULLCORAL BOYFRIEND
BLAZER

$48

DOLMAN SHORT SLEEVE
DRESS

$215



SENORITARED DRESS
$78

"Let us always meet each other with a smile, for the smile is the beginning of love."

**Mother Teresa -**

"Humility is not thinking less of yourself, it's thinking of yourself less. "

**CS Lewis -**

# FREE SHIPPING ON ORDERS OF $150+

## Join Our Mailing List

## Love it, share it!

Like  Send   1,653 people like this. Sign Up to see what your friends like.

### Quick Links
BRAND APPLICATION
LOVEMAKER STYLE AMBASSADOR
WHOLESALE INQUIRIES
FEEDBACK

Phone: 646.575.1499  Fax: hello@culturesoflove.com

### Customer Care
JOIN THE CULTURE SUBSCRIBE
YOUR ACCOUNT
RETURNS & EXCHANGES

### Company
CONTACT US
ABOUT US
PRESS

Copyright Cultures Of Love 2012 designed by Cultures of Love

Search [ ] Sub                                    Login/Register    0 Items



CULTURESof LOVE
Trendsetter with a HEART of GOLD BETA

**SHOP    SHOP BY    VISION    SOCIAL CLUB    AMBASSADORS    OUR CULTURE    OUR FANTASY**

HOME › ACCESSORIES › WHITE MAGNESITE EGYPTIAN SPIKES



# WHITE MAGNESITE EGYPTIAN SPIKES

$150

Feel good that you are wearing something that supports women and children and look good too. Perfect for a casual day that can turn into a sexy night.

1

Love it, Share it!        **BAG IT!**

▪ Description

## Details

▪ Magnesite & 18kt gold plated chain with copper discs.
▪ Approx 20 inches
▪ Longest stone is 2 inches long
▪ Accents and other small details may vary
▪ Each piece is unique
▪ Made in the USA

## Related Products

▪



EXCLUSIVE LOVE CANDY x
CULTURES OF LOVE | DOUBLE
DECKER LIGHT HEARTED
$96

"Let us always meet each other with a smile, for the smile is the beginning of love."

**Mother Teresa** -

"Humility is not thinking less of yourself, it's thinking of yourself less. "

**CS Lewis** -

## FREE SHIPPING ON ORDERS OF $150

GOLD LIFE
$129

### Join Our Mailing List

### Love it, share it!

Like   Send   1,853 people like this. Sign Up to see what your friends like.



BLACKOUT GIRLFRIEND

Phone: 866.575.1499  Fax: hello@culturesoflove.com

### Customer Care

JOIN THE CULTURE SUBSCRIBE

YOUR ACCOUNT

RETURNS & EXCHANGES

### Company

CONTACT US

ABOUT US

PRESS

Copyright Cultures Of Love 2012 designed by Cultures of Love

EXCLUSIVE LOVE CANDY x
CULTURES OF LOVE | PURPLE
ROCKS STUDDY
$57

# EXHIBIT F

SEARCH | GO                                    FITTING ROOM?    LOG IN / JOIN    MY BAG (0)



LOVECULTURE

NEW ARRIVALS    CLOTHES    BOUTIQUE CULTURE    ACCESSORIES    SHOES & BAGS    WIGS & BEAUTY    SALE    LOVE CULTURE PLUS+

| **LOOKBOOKS** Our favorite styles on display | **FREE SHIPPING** ON ORDERS $50 OR MORE *DETAILS | **SHARE THE LOVE CONTEST!** Enter to win a $100, $250, or $500 shopping spree! |





SHORT **FUSE**



Boutique CULTURE



WIGS & BEAUTY



30%

BEAUTY
HOSIERY
MASKS



LOVECULTUREPLUS+



WE'RE GIVING AWAY OVER $5,000 IN PRIZES! GET LUCKY ▸

CONTEST ENDS ON MIDNIGHT, 11/24/13.



NEW ITEMS ADDED!

SALE

UP TO 50% OFF ON HUNDREDS OF ITEMS

**COMPANY**

About Us
Inspiration
Careers

**CUSTOMER SUPPORT**

Contact Us
Terms & Conditions
Privacy Policy
Shipping Policy
Returns & Exchanges
Order Status

**QUICK LINKS**

Size Guide
My Account
Store Locator
FAQ
Site Map

**GIFT CARDS**

Gift Card Purchase

**JOIN OUR MAILING LIST!**

Rhinestone Necklace - Love Culture

Page 1 of 1



# SheppardMullin

Sheppard Mullin Richter & Hampton LLP
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
213.620.1780 main
213.620.1398 main fax
www.sheppardmullin.com

Susan Hwang
213.617.4279 direct
shwang@sheppardmullin.com

File Number: 29SH-168185

August 13, 2013

**VIA E-MAIL AND FEDEX**

Sebastian M. Hoskins
Hoskins Dieuvil PC
271 FT Washington Ave Apt 4C
New York, NY 10032-1230

E-mail: info@hoskinsdieuvil.com;
Sebastian@hoskinsdieuvil.com

Re:   Infringement of LOVE CULTURE® Trademark

Dear Mr. Hoskins:

Our client Love Culture Inc. ("Love Culture") is the owner of the federally registered trademark LOVE CULTURE® for clothing, jewelry and watches. A copy of Love Culture's federal registration, U.S. Reg. No. 3,633,316, for its mark LOVE CULTURE®, is enclosed as **Exhibit A.** Love Culture has used the trademark LOVE CULTURE® for many years. Our client operates bricks-and-mortar retail stores in the U.S. and an online retail website at www.loveculture.com, selling clothing, jewelry, watches, shoes, handbags and other accessories. As a result of the high quality of the LOVE CULTURE® products, extensive promotion, and long period of use, the LOVE CULTURE® mark has developed considerable goodwill.

It has come to our client's attention that your client Cultures of Love, Inc. ("Cultures of Love") has filed a federal trademark application on an intent-to-use basis for the mark CULTURES OF LOVE, U.S. Trademark Application Serial No. 85/904,264, in connection with "On-line retail store services featuring apparel, footwear, headwear, bags, belts, scarves, gloves, glasses, watches, hair accessories, headbands, vintage and new clothing, house wares, bath and beauty products, jewelry and electronics accessories". A status printout from the U.S. Patent and Trademark Office for the application is enclosed as **Exhibit B.** As you know, Cultures of Love does **not** have Love Culture's permission to file for or use the mark CULTURES OF LOVE in connection with any products or services related to clothing, jewelry, watches, shoes, handbags and other accessories. Such use is likely to cause confusion, mistake or deception as to an affiliation, connection or association with Love Culture and its LOVE CULTURE® mark, and as to the origin, sponsorship or approval of Cultures of Love's products by Love Culture.

Love Culture views this matter very seriously and is prepared to pursue its civil remedies to the fullest extent under federal and state law to protect and enforce its rights. In this regard, Section 43(a)(1) of the LANHAM ACT, 15 U.S.C. § 1125(a)(1), provides:

# EXHIBIT G

# SheppardMullin

Sebastian M. Hoskins
August 13, 2013
Page 2

> (1)  Any person who, on or in connection with any goods or services, or any container for goods, uses in commerce any word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, … which —
>
> > (A) is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of such person with another person, or as to the origin, sponsorship, or approval of his or her goods, services, or commercial activities by another person, … shall be liable in a civil action by any person who believes that he or she is or is likely to be damaged by such act.

The remedies for violation of the LANHAM ACT include preliminary and permanent injunctive relief (15 U.S.C. § 1116), recovery of profits, damages, and costs (15 U.S.C. § 1117(a)), and destruction of infringing articles (15 U.S.C. § 1118).  In addition, under 15 U.S.C. § 1117(a), a court may treble the damage award and award attorneys' fees.  Similar remedies are available under state statutory and common laws against trademark infringement, unfair competition, and false advertising relating to Cultures of Love's conduct.  Love Culture may also seek opposition of your client's pending application in the U.S. Patent and Trademark Office before the Trademark Trial and Appeal Board.

On behalf of our client Love Culture, we must insist that Cultures of Love, its agents, employees, representatives, and all persons or entities affiliated with or acting in participation with Cultures of Love, take the following action:

i.      File an express abandonment of U.S. Trademark Application Serial No. 85/904,264 for CULTURES OF LOVE in the U.S. Patent and Trademark Office pursuant to 37 C.F.R. § 2.68 (attached hereto as **Exhibit C**) and provide us with a copy of the filed abandonment, together with proof of mailing;

ii.     Provide written confirmation that Cultures of Love has not commenced use of its proposed mark CULTURES OF LOVE.  Otherwise, promptly cease all use of the mark CULTURES OF LOVE and any variants thereof, either alone or as a component of any company name, trade name, trademark, and any other mark confusingly similar to Love Culture's LOVE CULTURE® mark, on or in connection with any products, business, services, advertising, sales, marketing, and promotional activities and materials whatsoever, directly or indirectly, by itself or through any other person or entity;

iii.    If applicable, provide us with a detailed itemization of all ways in which Cultures of Love has used the CULTURES OF LOVE mark, including a sample of each product, product label, brochure, type of packaging, advertisement, header, display and other materials it has ever used which display the mark;

iv.    If applicable, immediately agree to take all of the necessary steps required by Love Culture to account for all infringing items; and

# SheppardMullin

Sebastian M. Hoskins
August 13, 2013
Page 3

v.   Provide us with written assurance that all these tasks have been, or will be, completed.

You should understand that it is incumbent on Love Culture as a matter of law to protect its exclusive rights to its mark LOVE CULTURE.  If Cultures of Love does not comply with the above demands and Love Culture is forced to pursue legal action, Love Culture will seek all available remedies as discussed above.

By this letter, Cultures of Love has been placed on notice that it and its directors, officers, employees, agents, representatives, attorneys, and all other persons or entities affiliated with or acting in participation with Cultures of Love should not destroy or otherwise dispose of any documents (electronic or otherwise) or other evidence that refers or relates, in any way, to this matter.

Please acknowledge Love Culture's demands set forth above and provide your assurances that Cultures of Love will comply with those demands by having an appropriate officer of Cultures of Love sign and date a copy of this letter and returning it to me by facsimile or mail on or before 5:00 p.m., **August 30, 2013**.  Once we have received your assurances and the information requested herein, we can discuss Love Culture's remaining requirements in order to resolve this matter.

The statements in this letter do not constitute a full and complete statement of the facts of, or Love Culture's rights with regard to, this matter, nor do such statements constitute a waiver of any legal or equitable rights or remedies available to Love Culture, all of which are expressly reserved.

Very truly yours,

Susan Hwang
for SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

SMRH:409917343.2

Encl.
cc:   Love Culture Inc.
      Daniel Y. Yannuzzi, Esq.
      Samantha Hardy, Esq.

# SheppardMullin

Sebastian M. Hoskins
August 13, 2013
Page 4

**Acknowledged and Agreed:**

**By:** _____
**Name:**
**Title:**

# EXHIBIT A

Int. Cls.: 14 and 25

Prior U.S. Cls.: 2, 22, 27, 28, 39, and 50

Reg. No. 3,633,316

**United States Patent and Trademark Office**   Registered June 2, 2009

## TRADEMARK
### PRINCIPAL REGISTER

# LOVE CULTURE

LOVE CULTURE LLC (DELAWARE LIMITED LIABILITY COMPANY)
5411 S SOTO STREET
LOS ANGELES, CA 90058

FOR: WATCHES, FASHION JEWELRY, NECKLACES, EARRINGS, AND BRACELETS, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 9-1-2007; IN COMMERCE 9-1-2007.

FOR: CLOTHING FOR MEN, WOMEN, JUNIOR WOMEN AND CHILDREN; NAMELY, KNITS, NAMELY, SHIRTS, PANTS, SWEATERS, SCARVES AND GLOVES, AND T-SHIRTS, WOVEN TOPS, SHIRTS AND BLOUSES, SWEATERS, JACKETS, COATS. PANTS, SHORTS, SKIRTS, JEANS, DRES-

SES, ATHLETIC WEAR, NAMELY, SHIRTS, PANTS, JACKETS, SWEATSHIRTS, AND SWEATPANTS, SUITS, SWIMWEAR, LINGERIE, SLEEP WEAR, HOSIERY AND SOCKS, FOOT WEAR, BELTS, HATS, SCARVES AND WRAPS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-1-2007; IN COMMERCE 9-1-2007.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-967,861, FILED 9-6-2006.

GRETTA YAO, EXAMINING ATTORNEY

# EXHIBIT B

Trademark Status & Document Retrieval                                           Page 1 of 3

| STATUS | DOCUMENTS | | Back to Search | Print |

Generated on: This page was generated by TSDR on 2013-08-12 20:12:19 EDT

Mark: CULTURES OF LOVE

## CULTURES OF LOVE

US Serial Number: 85904264                     Application Filing Date: Apr. 15, 2(

Register: Principal

Mark Type: Service Mark

Status: Review prior to publication completed.

Status Date: Aug. 05, 2013

Publication Date: Sep. 10, 2013

## Mark Information

Mark Literal Elements: CULTURES OF LOVE

Standard Character Claim: Yes. The mark consists of standard characters without claim to any particular font style, size, or

Mark Drawing Type: 4 - STANDARD CHARACTER MARK

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
  • Brackets [..] indicate deleted goods/services;
  • Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of
  • Asterisks *..* identify additional (new) wording in the goods/services.

For: On-line retail store services featuring apparel, footwear, headwear, bags, belts, scarves, gloves
headbands, vintage and new clothing, house wares, bath and beauty products, jewelry and elec

International Class(es): 035 - Primary Class                     U.S Class(es): 100, 101,

Class Status: ACTIVE

Basis: 1(b)

## Basis Information (Case Level)

| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | No | Currently 44D: | No |
| Filed 44E: | No | Currently 44E: | No |
| Filed 66A: | No | Currently 66A: | No |

**Filed No Basis:** No                              **Currently No Basis:** No

## Current Owner(s) Information

**Owner Name:** Cultures of Love, Inc.

**Owner Address:** 704 N. King Street, STE. 500
Wilmington, DELAWARE 19801
UNITED STATES

**Legal Entity Type:** CORPORATION          **State or Country Where** DELAWAR
**Organized:**

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Sebastian M. Hoskins

**Attorney Primary Email** Info@hoskinsdieuvil.com          **Attorney Email Authorized:** Yes
**Address:**

**Correspondent**

**Correspondent** SEBASTIAN M. HOSKINS
**Name/Address:** HOSKINS DIEUVIL PC
271 FT WASHINGTN AVE APT 4C
NEW YORK, NEW YORK 10032-1230
UNITED STATES

**Phone:** 646-801-7069

**Correspondent e-mail:** Info@hoskinsdieuvil.com          **Correspondent e-mail** Yes
sebastian@hoskinsdieuvil.com          **Authorized:**

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|------|-------------|-------------------|
| Aug. 02, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jul. 30, 2013 | ASSIGNED TO EXAMINER | 88579 |
| Apr. 19, 2013 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Apr. 18, 2013 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** CANTONE, KERI H          **Law Office Assigned:** LAW OFF

Trademark Status & Document Retrieval                                    Page 3 of 3

**File Location**

  Current Location:  PUBLICATION AND ISSUE SECTION          Date in Location:  Aug. 05, 2

**Assignment Abstract Of Title Information - Click to Load**

**Proceedings - Click to Load**

# EXHIBIT C

Docket No.:  29SH-168185

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | |
|---|---|
| In re Application of:<br><br>    Cultures of Love, Inc.<br><br>Serial No:    85/904,264<br><br>Filed:    April 15, 2013<br><br>Class:    35<br><br>Mark:    CULTURES OF LOVE | **EXPRESS ABANDONMENT**<br>**PURSUANT TO 37 C.F.R. §2.68** |

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451

Dear Sir or Madam:

    Applicant Cultures of Love, Inc. expressly abandons this application, bearing Serial

Number 85/904,264, to register CULTURES OF LOVE in Class 35 with prejudice.

                            Respectfully submitted,

                            CULTURES OF LOVE, INC.

Dated: _____           _____

                            Name:
                            Title:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES

This case has been assigned to District Judge _____Manuel L. Real_____ and the assigned Magistrate Judge is _____Michael R. Wilner_____ .

The case number on all documents filed with the Court should read as follows:

### 2:13-CV-8329-R (MRWx)

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

Clerk, U. S. District Court

_____November 8, 2013_____
Date

By  MDAVIS _____
Deputy Clerk

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

**Subsequent documents must be filed at the following location:**

| | | |
|---|---|---|
| [x] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
| 312 N. Spring Street, G-8 | 411 West Fourth St., Ste 1053 | 3470 Twelfth Street, Room 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701 | Riverside, CA 92501 |

**Failure to file at the proper location will result in your documents being returned to you.**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

**ORIGINAL**

| | |
|---|---|
| LOVE CULTURE INC., a California corporation | ) )  ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. **CV 13-08329** ~R |
| CULTURES OF LOVE, INC., a Delaware corporation, and DOES 1-10, inclusive | ) ) (MRWx) ) ) |
| _____ | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CULTURES OF LOVE, INC.
704 North King Street, Ste. 500
Wilmington, Delaware  19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Daniel N. Yannuzzi
Michael Murphy
SHEPPARD MULLIN RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 200
San Diego, California  92130

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  NOV - 8 2013   _____
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| I. (a) PLAINTIFFS ( Check box if you are representing yourself ☐ ) | DEFENDANTS ( Check box if you are representing yourself ☐ ) |
|---|---|
| LOVE CULTURE INC., a California corporation | CULTURES OF LOVE, INC., a Delaware corporation, and DOES 1-10, inclusive |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.) | (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same information.) |
|---|---|
| Daniel N. Yannuzzi/Michael Murphy (SBN 196612/234695) SHEPPARD MULLIN RICHTER & HAMPTON LLP 12275 El Camino Real, Suite 200 San Diego, California 92130 Telephone: 858.720.8900 | |

| II. BASIS OF JURISDICTION (Place an X in one box only.) | | III. CITIZENSHIP OF PRINCIPAL PARTIES-For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant) | | | | | |
|---|---|---|---|---|---|---|---|
| | | | **PTF** | **DEF** | | **PTF** | **DEF** |
| ☐ 1. U.S. Government Plaintiff | ☒ 3. Federal Question (U.S. Government Not a Party) | Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| | | Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| ☐ 2. U.S. Government Defendant | ☐ 4. Diversity (Indicate Citizenship of Parties in Item III) | Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

| IV. ORIGIN (Place an X in one box only.) | | | | | |
|---|---|---|---|---|---|
| ☒ 1. Original Proceeding | ☐ 2. Removed from State Court | ☐ 3. Remanded from Appellate Court | ☐ 4. Reinstated or Reopened | ☐ 5. Transferred from Another District (Specify) | ☐ 6. Multi-District Litigation |

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No ☐ **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. Section 1114 - Trademark infringement

### VII. NATURE OF SUIT (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL PROPERTY** | **TORTS** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 310 Airplane | **PERSONAL PROPERTY** | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 370 Other Fraud | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 371 Truth in Lending | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 330 Fed. Employers' Liability | ☐ 380 Other Personal Property Damage | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | ☐ 385 Property Damage Product Liability | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | **BANKRUPTCY** | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 440 Other Civil Rights | ☐ 710 Fair Labor Standards Act | |
| | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 441 Voting | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 442 Employment | ☐ 740 Railway Labor Act | |
| | ☐ 220 Foreclosure | | ☐ 443 Housing/ Accomodations | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 790 Other Labor Litigation | |
| | | | ☐ 446 American with Disabilities-Other | ☐ 791 Employee Ret. Inc. Security Act | |
| | | | ☐ 448 Education | | |

**FOR OFFICE USE ONLY:** Case Number: **CV13-08329**

| CV-71 (09/13) | CIVIL COVER SHEET | Page 1 of 3 |
|---|---|---|



COPY

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will most likely be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| Question A: Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☐ Yes ☐ No | ☐ Los Angeles | Western |
| If "no, " go to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| Question B: Is the United States, or one of its agencies or employees, a party to this action? | If the United States, or one of its agencies or employees, is a party, is it: | | INITIAL DIVISION IN CACD IS: |
|---|---|---|---|
| | **A PLAINTIFF?** Then check the box below for the county in which the majority of DEFENDANTS reside. | **A DEFENDANT?** Then check the box below for the county in which the majority of PLAINTIFFS reside. | |
| ☐ Yes ☒ No | ☐ Los Angeles | ☐ Los Angeles | Western |
| If "no, " go to Question C. If "yes," check the box to the right that applies, enter the corresponding division in response to Question D, below, and skip to Section IX. | ☐ Ventura, Santa Barbara, or San Luis Obispo | ☐ Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | ☐ Riverside or San Bernardino | Eastern |
| | ☐ Other | ☐ Other | Western |

| Question C: Location of plaintiffs, defendants, and claims? | A. Los Angeles County | B. Ventura, Santa Barbara, or San Luis Obispo Counties | C. Orange County | D. Riverside or San Bernardino Counties | E. Outside the Central District of California | F. Other |
|---|---|---|---|---|---|---|
| Indicate the location in which a majority of plaintiffs reside: | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |
| Indicate the location in which a majority of defendants reside: | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
| Indicate the location in which a majority of claims arose: | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |

| C.1. Is either of the following true? If so, check the one that applies: | C.2. Is either of the following true? If so, check the one that applies: |
|---|---|
| ☐ 2 or more answers in Column C | ☐ 2 or more answers in Column D |
| ☐ only 1 answer in Column C and no answers in Column D | ☐ only 1 answer in Column D and no answers in Column C |
| Your case will initially be assigned to the **SOUTHERN DIVISION.** Enter "Southern" in response to Question D, below. | Your case will initially be assigned to the **EASTERN DIVISION.** Enter "Eastern" in response to Question D, below. |
| If none applies, answer question C2 to the right. ➡ | If none applies, go to the box below. ⬇ |

Your case will initially be assigned to the **WESTERN DIVISION.** Enter "Western" in response to Question D below.

| Question D: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, or C above: ➡ | **Western Division** |

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA

### CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

---

**X. SIGNATURE OF ATTORNEY
(OR SELF-REPRESENTED LITIGANT):**   /s/ Michael Murphy _____   DATE: November 7, 2013

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |